SCOTT C. CIFRESE WSBA #25778          Honorable Lonny R. Suko
AUSEY H. ROBNETT, III *Pro Hac Vice*
**PAINE HAMBLEN LLP**
701 Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL R. DOWNING, | )<br>) No. CV-11-261-LRS |
| Plaintiff, | )<br>) |
| | ) **ORDER OF DISMISSAL WITH** |
| vs. | ) **PREJUDICE** |
| | ) |
| BNSF RAILWAY COMPANY, a | ) |
| Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>ORDER</u>

        THIS MATTER having come before the undersigned judge of the above-entitled Court based upon the foregoing Stipulation, (ECF No. 25) and agreement of the parties herein, NOW THEREFORE,

ORDER - 1

*PAINE HAMBLEN LLP*
701 FRONT AVENUE, SUITE 101, P.O. BOX E
COEUR D'ALENE, ID  83816
PHONE (208) 664-8115 FAX (208) 664-6338

IT IS HEREBY ORDERED that this case and all claims be dismissed with prejudice and without costs or attorney fees.  The District Court Executive is directed to close this file.

DONE IN OPEN COURT THIS 12th day of July, 2012.

*s/Lonny R. Suko*

_____

Honorable Lonny R. Suko
United States District Court Judge

SUBMITTED BY :

PAINE HAMBLEN LLP

By:  */s/ Scott C. Cifrese*
Scott C. Cifrese, WSBA #25778
701 Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone:  (208) 664-8115
Facsimile:  (208) 664-6338
scott.cifrese@painehamblen.com

ORDER - 2

PAINE HAMBLEN LLP

By: __/s/ Ausey H. Robnett, III__
      Ausey H. Robnett, *Pro Hac Vice*
      701 Front Avenue, Suite 101
      Coeur d'Alene, ID 83814
      Telephone: (208) 664-8115
      Facsimile: (208) 664-6338
      ausey.robnett@painehamblen.com

Attorneys for Defendant

ORDER - 3